**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:18CR328** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BILLY HOLLEY,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

       This matter is before the court on the Unopposed Motion to Continue Trial [24]. Counsel needs additional time to conclude plea negotiations.  For good cause shown,

       **IT IS ORDERED** that the Motion to Continue Trial [24] is granted, as follows:

1. The jury trial now set for March 4, 2019, is continued to **April 22, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  February 28, 2019.**

                 **BY THE COURT:**


                 **s/ Susan M. Bazis**
                 **United States Magistrate Judge**